CARPENTER, ZUCKERMAN & ROWLEY, LLP
John Carpenter (SBN 155610)
Carpenter@czrlaw.com
Sark Ohanian (SBN 208905)
Sark@csrlaw.com
8827 West Olympic Boulevard
Beverly Hills, CA 90211
Telephone: (310) 273-1230
Facsimile: (310) 858-1063

Attorneys for Plaintiff
DELIA CONTRERAS


MARTIN & MARTIN, LLP
Anne McWilliams (SBN 129264)
amcwilliams@martin-martin.net
Babak Shirdel (SBN 280786)
bshirdel@martin-martin.net
3530 Wilshire Boulevard, Suite 1650
Los Angeles, California 90010
Telephone:   (213) 388-4747
Facsimile:   (213) 388-6655

Attorneys for Defendant
WAL-MART STORES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DELIA CONTRERAS,<br><br>                          Plaintiff,<br><br>     v.<br><br>WAL-MART STORES, INC., A<br>Corporation and DOES 1 - 50 Inclusive,<br><br>                          Defendants. | CASE NO.:  SACV14−00973 DOC (ANx)<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION FOR PROTECTIVE ORDER**<br><br>[Filed Concurrently with Stipulation]<br><br>Complaint Filed:     March 4, 2014<br>Trial:                     June 9, 2015 |

[~~PROPOSED~~] ORDER RE STIPULATED PROTECTIVE ORDER

1       Based upon the stipulated protective of the parties filed on January 29, 2015,

2  and good cause appearing,

3       IT IS HEREBY ORDERED that the stipulated protective order is now in force

4  and effective in this matter.

5

6

7  DATED: February 02, 2015      _____

8       HONORABLE JAY C. GANDHI

9       United States Magistrate Judge
        (for U.S. Magistrate Judge Arthur Nakazato)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER RE STIPULATED PROTECTIVE ORDER