JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DELIA CONTREERAS,<br><br>    Plaintiff(s),<br><br>v<br><br>WAL-MART STORES, INC.,<br><br>    Defendant(s) | CASE NO. SA CV 14-0973-DOC (ANx)<br><br>**ORDER DISMISSING CIVIL CASE** |

    The Court having been notified by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **July 27, 2015** to reopen this action if settlement is not consummated.

    IT IS SO ORDERED.

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: May 27, 2015